No. 657. ADAMS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *M. R. Nachman, Jr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for the United States.

No. 659. BARY ET AL. *v.* UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied. *William A. Bryans III* and *Austin W. Scott, Jr.* for petitioners. *Solicitor General Rankin* and *Acting Assistant Attorney General Yeagley* for the United States.

No. 660. DOHERTY *v.* BRESS. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Cornelius H. Doherty* for petitioner.

No. 663. ZIPP ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Fred H. Mandel* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, Robert N. Anderson* and *George F. Lynch* for respondent.

No. 664. UNITED STATES *v.* KIOWA, COMANCHE AND APACHE TRIBES OF INDIANS; and.
No. 665. KIOWA, COMANCHE AND APACHE TRIBES OF INDIANS *v.* UNITED STATES. Court of Claims. Certiorari denied. *Solicitor General Rankin, Assistant Attorney General Morton* and *Roger P. Marquis* for the United States. *J. Roy Thompson, Jr.* and *W. C. Lewis* for the Tribes of Indians.